In the Matter of THE MANLIUS SCHOOL, Respondent,
against IRVING C. ADAMS et al., Assessors of the Town
of Manlius, Appellants. (Proceedings 1, 2, 3 and 4.)

(Argued September 28, 1931; decided October 13, 1931.)

*William H. Harding* for appellants.

*Benjamin E. Shove* for respondent.

Orders affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.